Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union. St., Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
aschubert@sjk.law

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| Darren Van Antwerp and Bradley Tanzman, Individually and on Behalf of All Others Similarly Situated, <br><br>      Plaintiffs, <br><br> v. <br><br> Patelco Credit Union, <br><br>      Defendant. | Case No. 3:24-cv-4226 <br><br> **Notice of Voluntary Dismissal Without Prejudice** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Darren Van Antwerp and Bradley Tanzman hereby voluntarily dismiss the above-captioned action without prejudice.

Dated: July 25, 2024               */s/ Amber L. Schubert*

                                   Robert C. Schubert (No. 62684)
                                   Amber L. Schubert (No. 278696)
                                   **SCHUBERT JONCKHEER & KOLBE LLP**
                                   2001 Union. St., Suite 200
                                   San Francisco, CA 94123
                                   Tel: (415) 788-4220
                                   Fax: (415) 788-0161
                                   rschubert@sjk.law
                                   aschubert@sjk.law

                                   *Counsel for Plaintiffs*